

# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600     Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

April 1, 2010

*Via ECF*
The Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Ocello v. The City of New York, *et. al.*
Docket No.: CV-05-3725 (DGT) (JO)
<u>Our File No: 29954-RGC/MDW</u>**

Dear Magistrate Judge Orenstein:

We represent the defendants/cross-claimants, Great Lakes Dredge & Dock Company LLC ("Great Lakes") and Gates Construction Corporation ("Gates") (collectively "the Great Lakes defendants"), and write in response to the Court's Order/Minute Entry dated March 15, 2010. That Order required the Great Lakes' defendants to elect one of three options with respect to the potential impleader of Daniel Frankfurt P.C. ("Frankfurt") and White Marine, Inc. ("White Marine").

After much consideration, the Great Lakes defendants have decided to elect option 2(b) (i.e. impleading Frankfurt and White Marine into the present action and bearing the associated discovery costs including reasonable attorneys' fees of the City of New York and Harris Construction Corp.).

In view of the foregoing election, it will be difficult (if not impossible) for the parties to devise a discovery plan by April 8 in accordance with the aforementioned Order without the involvement of Frankfurt and White Marine. Accordingly, the Great Lakes' defendants respectfully request that a further order be issued granting leave to implead third-party defendants, Daniel Frankfurt P.C. and White Marine, Inc. Once these parties have been impleaded and have appeared, a discovery plan can be developed in accordance with the provisions of Rule 26 of the Federal Rules of Civil Procedure and any further order of this Court.

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

The Honorable James Orenstein
April 1, 2010
Page Two

    Should the Court require a proposed form of order, or any further information, we would be pleased to submit same for Your Honor's consideration.

                                Respectfully submitted,

                                HILL RIVKINS LLP

                                Robert G. Clyne

/cb
018-Court

cc:   *Via ECF*
      Cynthia Goldman, Esq.
      Office of Corporation Counsel

      James V. Sawicki, Esq.
      Cohen, Kuhn & Associates

