

# HILL RIVKINS LLP

45 Broadway, Suite 1500, New York, NY 10006-3739
Tel: 212 669-0600    Fax: 212 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

July 23, 2010

*Via ECF*
The Honorable James Orenstein
United States Magistrate Judge
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Ocello v. The City of New York, *et. al.*
      Docket No.: CV-05-3725 (DGT) (JO)
      <u>Our File No: 29954-RGC/MDW</u>

Dear Magistrate Judge Orenstein:

We represent the defendants/cross-claimants, Great Lakes Dredge & Dock Company LLC ("Great Lakes") and Gates Construction Corporation ("Gates") (collectively "the Great Lakes defendants"), and write in response to the Court's Order/Minute Entry dated July 13, 2010. That Order required the parties to promptly advise the Court whether they remain in dispute as to the open motion for appellate costs, docket entry 193.

In response to the Court's Order, the parties have conferred and write to inform the Court that there remains no dispute as to the open motion for appellate costs.

Respectfully submitted,

HILL RIVKINS LLP

Lauren E. Komsa

NEW JERSEY
102 South Broadway
South Amboy, NJ 08879-1708
Tel: 732 838-0300  Fax: 732 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
55 Waugh Drive, Suite 1200
Houston, Texas 77007
Tel: 713 222-1515  Fax: 713 222-1359
e-mail: thefirm@hillrivkins.com

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: 916 535-0263  Fax: 916 535-0268
e-mail: thefirm@brnlaw.com

The Honorable James Orenstein
July 23, 2010
Page 2

cc:  *Via ECF*

Cynthia Goldman, Esq.
New York City Law Department

Eric S. Hechler, Esq.
L'Abbate, Balkan, Colavita & Contini, L.L.P.

Guerric S.D.L. Russell, Esq.
Nicoletti Hornig & Sweeney

James Sawicki, Esq.
Cohen, Kuhn & Assoc.

HILL RIVKINS